AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>LOUIS HENRY MARTIN<br><br>_Defendant_ | )  Case: 1:23-mj-00130<br>)  Assigned To : Upadhyaya, Moxila A.<br>)  Assign. Date : 6/15/2023<br>)  Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     LOUIS HENRY MARTIN                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

18 U.S.C. § 924(c) - Possession of a Firearm in Furtherance of a Crime of Violence

18 U.S.C. § 2113(a), (d) - Bank Robbery

Date:   06/14/2023

_Issuing officer's signature_

Moxila A. Upadhyaya

City and state:   Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 6/15/2023, and the person was arrested on _(date)_ 6/15/2023
at _(city and state)_ Washington, DC                      .

Date: 6/15/2023

_Arresting officer's signature_

FBI SA Riley Palmer-free
_Printed name and title_